PRO-SE

(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court | | |
|---|---|---|---|
| | **Northern** _____ District of _____ **Illinois** | | **Voluntary Petition** |

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): <br> **MCDOUGLE, SHARON J** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years <br> (include married, maiden, and trade names): <br> **SHARON MCDOUGLE-JONES** | All Other Names used by the Joint Debtor in the last 6 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No. <br> **(if more than one, state all):** 5694 | Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No. <br> **(if more than one, state all):** |
| Street Address of Debtor (No. & Street, City, State & Zip Code): <br> **115 WEST 104TH STREET** <br> **CHICAGO, IL 60628** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the <br> Principal Place of Business: **COOK** | County of Residence or of the <br> Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): <br><br> **NO DISKETTE** |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | |

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
|---|
| Venue (Check any applicable box) <br> [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br> [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | |
|---|---|---|---|
| [✓] Individual(s)   [ ] Railroad <br> [ ] Corporation   [ ] Stockbroker <br> [ ] Partnership   [ ] Commodity Broker <br> [ ] Other _____   [ ] Clearing Bank | | [✓] Chapter 7    [ ] Chapter 11    [ ] Chapter 13 <br> [ ] Chapter 9    [ ] Chapter 12 <br> [ ] Sec. 304 - Case ancillary to foreign proceeding | |
| **Nature of Debts (Check one box)** <br> [✓] Consumer/Non-Business    [ ] Business | | **Filing Fee (Check one box)** <br> [✓] Full Filing Fee attached <br> [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. | |
| **Chapter 11 Small Business** (Check all boxes that apply) <br> [ ] Debtor is a small business as defined in 11 U.S.C. § 101 <br> [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | | |

| Statistical/Administrative Information (Estimates only) |
|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors. <br> [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. |

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | [✓] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,0... |
|---|---|---|---|---|---|---|---|
| | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,0... |
|---|---|---|---|---|---|---|---|
| | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 04/12/2005
Time: 13:22:18
Debtor: SHARON J MCDOUGLE
Case: 05-13727   Fee : 209
Chapter: 7 Rec. # : 3127581
Judge: Carol Doyle
341 mtg: 05/24/2005 @ 03:30PM
Trustee: DAVID LEIBOWITZ

1:05BK13727-BK001

(Official Form 1) (12/03)                                                                FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**MCDOUGLE, SHARON** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Sharon McDougle_
Signature of Debtor

X _____
Signature of Joint Debtor

_773-568-8034_
Telephone Number (If not represented by attorney)
_4-11-05_
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)         Date

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**CONSUELLA C LEE, CPA**
Printed Name of Bankruptcy Petition Preparer
**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**
Social Security Number
**700 N GREEN ST, STE 102**
Address
**CHICAGO, IL 60622**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _Consuella Lee_
Signature of Bankruptcy Petition Preparer
_4-11-05_
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

FORM B6-Cont.
(6/90)

# UNITED STATES BANKRUPTCY COURT

Northern    District of    Illinois

In re _____ MCDOUGLE, SHARON J _____ ,    Case No. _____
             Debtor                                      (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 70,000 | | |
| B - Personal Property | YES | 3 | $ 3,170.00 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 33,157.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 2 | | $ 20,752.84 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,262.76 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 1,404.00 |
| Total Number of Sheets of ALL Schedules ▶ | | 17 | | | |
| Total Assets ▶ | | | $ 73,170.00 | | |
| Total Liabilities ▶ | | | | $ 53,909.84 | |

FORM B6A
(6/90)

In re _____ MCDOUGLE, SHARON J _____,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant , community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| HOME 115 WEST 104TH STREET CHICAGO, IL 60628 | DEBTOR'S RESIDENCE | | $70,000.00 | $33,157.00 |
| | | Total▶ | $70,000.00 | |

(Report also on Summary of Schedules.)

**CHASE**

Home | Contact Us | Site Directory | International Sites |

I am interested in...

February 2, 2005

| Personal | Small Business | Corporate & Institutional |

- **Personal Menu**
- **Chase Products & Services**
- **Home Finance Center**
    - Purchase
    - Refinance
    - Home Equity
    - Homebuyer's Resources
    - Guides & To-Do's
    - Tools and Calculators
    - How to Apply
    - Help
    - Related Services
    - Contact Us
- **Current Mortgage Customers**

**Provided by Chase from Domania**

Chase is pleased to provide this link to home price sales in the neighborhood of your choice, compiled by Domania. We use our relationships to help you!

*Chase shall not be liable for accuracy of content or any actions taken in reliance thereon. Domania's policies do not necessarily reflect those of Chase and its affiliates.*



Alrea Chase

Apply
Conta

## Home Price Check Search Results

### Home Sales for: Chicago, IL

**Your search yielded more than 50 results**
**The 50 most recent results are displayed by sale date**



New O

866-8
Apply
Conta
Local I

Having tro
Use our

| Address | Date | Price | Bed/ Bath | Sq Feet | Lot Size | Yr Built | Tax Value |
|---|---|---|---|---|---|---|---|
| 10522 S State St | Nov 04 | $83,000 | NA/2 | 960 | 5490 | 1914 | $6,542 |
| 10555 S State St | Nov 04 | $125,000 | NA/1 | 1512 | 3267 | 1913 | $5,647 |
| 10644 S State St | Nov 04 | $115,000 | NA/1 | 901 | 4026 | 1909 | $5,221 |
| 43 W 103rd Pl | Oct 04 | $82,000 | NA/1 | 1017 | 4125 | 1961 | $7,675 |
| 10551 S La Salle St | Oct 04 | $82,500 | NA/1 | 924 | 4215 | 1915 | $5,362 |
| 112 W 105th St | Sep 04 | $50,500 | NA/1 | 964 | 3125 | 1904 | $4,644 |
| 10551 S La Salle St | Sep 04 | $51,000 | NA/1 | 924 | 4215 | 1915 | $5,362 |
| 26 W 104th St | Aug 04 | $57,500 | NA/1 | 1056 | 3750 | 1912 | $6,036 |
| 134 W 105th St | Aug 04 | $52,500 | NA/1 | 870 | 3688 | 1921 | $5,230 |
| 10512 S La Salle St | Aug 04 | $74,000 | NA/1 | 1008 | 3660 | 1916 | $6,087 |

<< Back  [Results 11 - 20]  Next >>

Do Another Search · Save This Search

Search by Location · Search by Price · Saved Sear...
Register · My Account · Using Home Price Check
Data Coverage · Home Price Check Support

© 2005 Domania. Domania Terms & Conditions
Disclaimer: All information herein is derived from sources believed to be accurate, but is not guaranteed.

Terms and Conditions



**CHASE**

THE RIGHT RELATIONSHIP IS EVERYTHING.®

© 2002-2004 JPMorgan Chase & Co.



**CHASE**

Home | Contact Us | Site Directory | International Sites |

I am interested in...     ▸ Se

**February 2, 2005**

| Personal | Small Business | Corporate & Institutional | Ab |

▸ **Personal Menu**
▸ **Chase Products & Services**
▾ **Home Finance Center**
  Purchase
  Refinance
  Home Equity
  Homebuyer's Resources
  Guides & To-Do's
  Tools and Calculators
  How to Apply
  Help
  Related Services
  Contact Us
▸ **Current Mortgage Customers**

**Provided by Chase from Domania**

Chase is pleased to provide this link to home price sales in the neighborhood of your choice, compiled by Domania. We use our relationships to help you!

*Chase shall not be liable for accuracy of content or any actions taken in reliance thereon. Domania's policies do not necessarily reflect those of Chase and its affiliates.*

## Home Price Check Search Results

### Home Sales for: Chicago, IL

**Your search yielded more than 50 results**
**The 50 most recent results are displayed by sale date**

| Address | Date | Price | Bed/Bath | Sq Feet | Lot Size | Yr Built | Tax Value |
|---|---|---|---|---|---|---|---|
| 10537 S Lafayette Ave | Aug 04 | $105,000 | NA/1 | 622 | 3416 | 1904 | $4,155 |
| 10504 S Perry Ave | Jul 04 | $160,000 | NA/1 | 946 | 4514 | 1917 | $5,050 |
| 10555 S State St | Jul 04 | $32,000 | NA/1 | 1512 | 3267 | 1913 | $5,647 |
| 10637 S State St | Jul 04 | $80,000 | NA/1 | 1410 | 3146 | 1913 | $6,486 |
| 141 W 103rd Pl | Jun 04 | $105,000 | NA/1 | 880 | 3750 | 1919 | $5,645 |
| 10511 S La Salle St | Jun 04 | $18,000 | NA/1 | 1020 | 4270 | 1914 | $6,168 |
| 10508 S Perry Ave | Jun 04 | $105,000 | NA/1 | 1032 | 4026 | 1914 | $5,501 |
| 10555 S State St | Jun 04 | $56,000 | NA/1 | 1512 | 3267 | 1913 | $5,647 |
| 122 W 104th Pl | May 04 | $45,500 | NA/1 | 744 | 3750 | 1922 | $4,822 |
| 58 W 105th St | May 04 | $120,000 | NA/2 | 880 | 3875 | 1914 | $5,714 |

**<< Back    [Results 21 - 30]    Next >>**

**Do Another Search · Save This Search**

Search by Location · Search by Price · Saved Searches
Register · My Account · Using Home Price Check
Data Coverage · Home Price Check Support

© 2005 Domania. Domania Terms & Conditions
Disclaimer: All information herein is derived from sources believed to be
accurate, but is not guaranteed.

Terms and Conditions



**THE RIGHT RELATIONSHIP IS EVERYTHING.**

© 2002-2004 JPMorgan Chase & Co.

Already
Chase

☎ 866-8

Apply

Conta

New C

☎ 866-8

Apply.

Conta

Local

Having tro
Use our



Home | Contact Us | Site Directory | International Sites |

I am interested in... 

**February 2, 2005**

Personal | Small Business | Corporate & Institutional | Ab

▸ **Personal Menu**
▸ **Chase Products & Services**
▾ **Home Finance Center**
  Purchase
  Refinance
  Home Equity
  Homebuyer's Resources
  Guides & To-Do's
  Tools and Calculators
  How to Apply
  Help
  Related Services
  Contact Us
▸ **Current Mortgage Customers**

**Provided by Chase from Domania**

Chase is pleased to provide this link to home price sales in the neighborhood of your choice, compiled by Domania. We use our relationships to help you!

*Chase shall not be liable for accuracy of content or any actions taken in reliance thereon. Domania's policies do not necessarily reflect those of Chase and its affiliates.*

Alread
Chase

☎ 866-8

♫ Apply

⤳ Conta

## Home Price Check Search Results

### Home Sales for: Chicago, IL

Your search yielded more than 50 results
The 50 most recent results are displayed by sale date

New C

☎ 866-8

♫ Apply

⤳ Conta

✈ Local I

| Address | Date | Price | Bed/ Bath | Sq Feet | Lot Size | Yr Built | Tax Value |
|---|---|---|---|---|---|---|---|
| 39 W 103rd Pl | Dec 04 | $78,000 | NA/1 | 1034 | 4125 | 1924 | $2,870 |
| 32 W 104th St | Dec 04 | $27,000 | NA/1 | 1104 | 3750 | 1917 | $6,118 |
| 134 W 105th St | Dec 04 | $64,000 | NA/1 | 870 | 3688 | 1921 | $5,230 |
| 135 W 106th Pl | Dec 04 | $101,000 | NA/1 | 1266 | 5567 | 1923 | $7,518 |
| 10543 S Lafayette Ave | Dec 04 | $120,000 | NA/1 | 966 | 3416 | 1909 | $5,180 |
| 113 W 104th Pl | Nov 04 | $96,000 | NA/1 | 843 | 4688 | 1899 | $5,525 |
| 26 W 104th St | Nov 04 | $100,000 | NA/1 | 1056 | 3750 | 1912 | $6,036 |
| 10506 S Perry Ave | Nov 04 | $142,000 | NA/1 | 846 | 3605 | 1899 | $5,152 |
| 10520 S Perry Ave | Nov 04 | $57,500 | NA/1 | 966 | 4270 | 1916 | $5,218 |
| 10525 S Perry Ave | Nov 04 | $120,000 | NA/1 | 880 | 4026 | 1914 | $5,112 |

Having tro

Use our

<< Back   [Results 1 - 10]   Next >>

**Do Another Search** · Save This Search

**Search by Location** · Search by Price · Saved Searches
Register · My Account · Using Home Price Check
**Data Coverage** · Home Price Check Support

© 2005 Domania. Domania Terms & Conditions
Disclaimer: All information herein is derived from sources believed to be accurate, but is not guaranteed.

Terms and Conditions



THE RIGHT RELATIONSHIP IS EVERYTHING.®

© 2002-2005 JPMorgan Chase & Co.

FORM B6B
(10/89)

In re _____ MCDOUGLE, SHARON J _____,   Case No. _____
                          **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | CASH ON HAND | | $20.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | NONE | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | COMPTR-6YRS, COUCH, TABLE, WASHER/DRYER (15 YRS EA), STEREO & KITCHEN TABLE (10 YRS EA) | | $650.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | CD'S | | $20.00 |
| 6. Wearing apparel. | | NECESSARY CLOTHING | | $200.00 |
| 7. Furs and jewelry. | | 20 YR OLD FUR COAT | | $200.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

FORM B6B-Cont.
(10/89)

In re _____ MCDOUGLE, SHARON J _____ ,          Case No. _____
                    **Debtor**                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | EMPLOYER SPONSORED RETIREMENT (ERISA-QUALIFIED) (NOT INCLUDED IN ESTATE) | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

FORM B6B-cont.
(10/89)

In re _____ MCDOUGLE, SHARON J _____ ,   Case No. _____
             **Debtor**                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1987 240 MODEL VOLVO W/ 115,000 MILES | | $2,080.00 |
| 24. Boats, motors, and accessories. | X | EMPLOYER SPONSORED RETIREMENT (ERISA- QUALIFIED) (NOT INCLUDED IN ESTATE) | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops – growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached          Total▶    $  3,170.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

FORM B6C
(6/90)

In re _____ MCDOUGLE, SHARON J _____ ,          Case No. _____
                        **Debtor**                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☒ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d).  **Note: These exemptions are available only in certain states.**

☐ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been
                        located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than
                        in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from
                        process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| CASH ON HAND | 11 USC 522(d)(5) | $20.00 | $20.00 |
| COMPUTER (6YRS), COUCH, TABLE, WASHER & DRYER (15YRS EACH), STEREO & KITCHEN TABLE (10YRS EACH); NO ITEM OVER $425 EACH | 11 USC 522(d)(3) | $650.00 | $650.00 |
| CD'S, NECESSARY CLOTHING, 20 YR OLD FUR (NO ITEM OVER $425 EACH) | 11 USC 522(d)(3) | $420.00 | $420.00 |
| PRIMARY RESIDENCE @ 115 WEST 104TH STREET IN CHICAGO, IL | 11 USC 522(d)(1) | $17,450.00 | $70,000.00 |
| 1987 240 MODEL VOLVO @ 115,000 MILES | 11 USC 522(d)(2) | $2,080.00 | $2,080.00 |

Form B6D
(12/03)

In re   **MCDOUGLE, SHARON J**          ,          Case No. _____
_____                                    (If known)
            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐          Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **7785360** <br><br>**WASHINGTON MUTUAL HOME** <br>**2210 ENTERPRISE DRIVE** <br>**FLORENCE, SC 29501** | | | **10/2001 MORTGAGE LIEN ON HOME @ 115 W 104TH ST CHICAGO, IL 60628** <br><br>VALUE $   **$70,000.00** | | | | **$33,157.00** | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |

_____continuation sheets attached

Subtotal                    $ **33,157.00**
(Total of this page)

Total                    $ **33,157.00**
(Use only on last page)

(Report total also on Summary of Schedules)

FORM B6D - Cont.
(6/90)

In re _____MCDOUGLE, SHARON J_____,   Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no. _0_ of _0_ continuation sheets attached to Schedule of Creditors Holding Secured Claims   Subtotal► $
                                                                                     (Total of this page)
                                                                                          Total►  $
                                                                        (Use only on last page)
                                                                        (Report total also on Summary of Schedules)

Form B6E
(04/04)

In re __MCDOUGLE, SHARON J__,
          Debtor

Case No._____
                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

Form B6E
(04/04)

In re **MCDOUGLE, SHARON J**                    Case No._____
_____                  _____
   Debtor                    (if known)

☐ **Alimony, Maintenance, or Support**

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

FORM B6E - Cont.
(04/04)

In re    MCDOUGLE, SHARON J                    ,                    Case No. _____
                    Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

_____

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __0__ of __0__ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal▶ | $
(Total of this page)
Total▶ | $
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F (Official Form 6F) (9/97)

In re _____MCDOUGLE, SHARON_____,     Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1500020860988 <br><br> PEOPLES GAS <br> THE PRUDENTIAL BUILDING <br> ATTN: SPECIAL PROJECTS <br> 130 E RANDOLPH DR <br> CHICAGO, IL 60601 | | | 11/2004 UTILITY | | | | $740.00 |
| ACCOUNT NO.   14878768 <br><br> ACC LLC & ASSET ACCEPTANCE LLC <br> P O BOX 2036 <br> WARREN, MI 48090 | | | 10/2004 COLLECTION ON SBC ACCOUNT | | | | $357.00 |
| ACCOUNT NO.   412174160579 <br><br> CAPITAL ONE BANK <br> P O BOX 85520 <br> RICHMOND, VA 23285 | | | 10/1999 CREDIT CARD | | | | $1,319.00 |
| ACCOUNT NO.   8504500584 <br><br> MIDLAND <br> 5575 ROSCOE COURT <br> SAN DIEGO, CA 91823 | | | 04/2003 COLLECTION ON AUTO PURCHASED | | | | $16,467.00 |

___3___ continuation sheets attached

Subtotal ▶  $  18,883.00

Total ▶  $  20,752.84
(Report also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____ MCDOUGLE, SHARON _____ ,          Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10722005320 <br><br> NATIONWIDE CREDIT <br> 99 A W. ROOSEVELT RD <br> WESTCHESTER, IL 60154 | | | 01/2003 COLLECTION / ATTORNEY'S FEES | | | | $206.00 |
| ACCOUNT NO. 7829535 <br><br> SBC AMERITECH <br> LAW DEPARTMENT <br> 225 W RANDOLPH, SUITE 27A; | | | 09/2004 COLLECTION / ATTORNEY FEES | | | | $178.00 |
| ACCOUNT NO. 8790712685570 <br><br> SEVENTH AVENUE <br> 1112 7TH AVENUE <br> MONROE, WI 53566 | | | 11/2003 CREDIT CARD | | | | $69.00 |
| ACCOUNT NO. 9430110 <br><br> UNITED COLLECTION BUR I <br> 5620 SOUTHWYCK BV <br> TOLEDO, OH 43614 | | | 12/2002 COLLECTION | | | | $94.00 |
| ACCOUNT NO. 04148-00266 <br><br> MERCY HOSPITAL & MEDICAL CENTER <br> 2525 SOUTH MICHIGAN AVENUE <br> CHICAGO, IL 60616-2477 | | | 5/27/04 MEDICAL TREATMENT | | | | $75.00 |

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 622.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule E.)   20,752.84
(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____ MCDOUGLE, SHARON _____,        Case No. _____
                            Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   04239-00553<br><br>MERCY HOSPITAL & MEDICAL CENTE<br>2525 S. MICHIGAN<br>CHICAGO, IL 60617 | | | 10/12/04 MEDICAL TREATMENT | | | | $75.00 |
| ACCOUNT NO.   03111-00050<br><br>MERCY HOSPITAL & MEDICAL CTR<br>2525 SOUTH MICHIGAN AVENUE<br>CHICAGO, IL 60616-2477 | | | 04/21/2003 MEDICAL TREATMENT | | | | $75.00 |
| ACCOUNT NO.   04083-00694<br><br>MERCY HOSPITAL & MEDICAL CTR<br>2525 SOUTH MICHIGAN AVENUE<br>CHICAGO, IL 60616-2477 | | | 03/23/04 MEDICAL TREATMENT | | | | $75.00 |
| ACCOUNT NO.   00211-00010<br><br>MERCY HOSPITAL & MEDICAL CTR<br>2525 SOUTH MICHIGAN AVENUE<br>CHICAGO, IL 60616-2477 | | | 07/29/00 MEDICAL TREATMENT | | | | $503.00 |
| ACCOUNT NO.   02189-00674<br><br>MERCY HOSPITAL & MEDICAL CENTER<br>2525 SOUTH MICHIGAN AVENUE<br>CHICAGO, IL 60616-2477 | | | 07/08/2002 & 11/21/02 MEDICAL TREATMENT | | | | $206.00 |

Sheet no. 2 of 4 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤     $  934.00
(Total of this page)

Total ➤         $
(Use only on last page of the completed Schedule E.)        20,752.84
(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____MCDOUGLE, SHARON_____,          Case No. _____
                    **Debtor**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   04083-00694 MERCY HOSPITAL & MEDICAL CENTE 2525 SOUTH MICHIGAN CHICAGO, IL 60017 | | | 3/23/04 & 04/08/04 MEDICAL TREATMENT | | | | $75.00 |
| ACCOUNT NO.   72705-0000143084 TRANSWORLD SYSTEMS INC 25 NORTHWEST POINT BLVD #750 ELK GROVE VILLAGE, IL 60007 | | | 04/2004 LAWN SERVICE | | | | $94.00 |
| ACCOUNT NO.   570785 ACCOUNT CONTROL SYSTEMS 256 LIVINGSTON ST 2ND FL NORTHVALE, NJ 07647 | | | 07/30/04 COLLECTION ON SEVENTH AVENUE | | | | 69.84 |
| ACCOUNT NO.   010722011391 NATIONWIDE CREDIT & COLLECTION 9919 ROOSEVELT RD WESTCHESTER, IL 60154 | | | 08/26/04 COLLECTION ON MERCY HOSPITAL ACCOUNT | | | | $75.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. _2_ of _3_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ 313.84
(Total of this page)

Total ➤  $ 20,752.84
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

B6G
(10/89)

In re _____MCDOUGLE, SHARON J_____,          Case No._____
                      Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:**  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

In re ___MCDOUGLE, SHARON J___ ,          Case No. _____
        **Debtor**                                        **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6I
(12/03)

In re __MCDOUGLE, SHARON J__ ,                      Case No._____
         Debtor                                                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **SINGLE** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP | **2 DAUGHTERS** | AGE **11 & 17** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | HOUSEKEEPING TECH 1 | |
| Name of Employer | MERCY HOSPITAL | |
| How long employed | 19 YEARS | |
| Address of Employer | 2525 S MICHIGAN AVE | |
| CHICAGO, IL | | |

| | DEBTOR | SPOUSE |
|---|---|---|
| **Income:** (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 1,784.40 | $ _____ |
| Estimated monthly overtime | $ 0.00 | $ _____ |
| SUBTOTAL | $ 1,784.40 | $ _____ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 237.02 | $ _____ |
| b. Insurance | $ 141.08 | $ _____ |
| c. Union dues | $ 90.00 | $ _____ |
| d. Other (Specify: 401K ) | $ 53.54 | $ _____ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 521.64 | $ _____ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,262.76 | $ _____ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ _____ |
| Income from real property | $ 0.00 | $ _____ |
| Interest and dividends | $ 0.00 | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ _____ |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ _____ |
| Pension or retirement income | $ 0.00 | $ _____ |
| Other monthly income | $ 0.00 | $ _____ |
| (Specify) _____ | $ 0.00 | $ _____ |
| | $ 0.00 | $ _____ |
| TOTAL MONTHLY INCOME | $ 0.00 | $ _____ |

TOTAL COMBINED MONTHLY INCOME   $ 1,262.76                    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

NONE

FORM B6J
(6/90)

In re ___MCDOUGLE, SHARON J___,        Case No._____
                    Debtor                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 428.00 |
| Are real estate taxes included?    Yes ✓    No _____ | |
| Is property insurance included?    Yes ✓    No _____ | |
| Utilities    Electricity and heating fuel | $ 312.00 |
| Water and sewer | $ 33.00 |
| Telephone | $ 59.00 |
| Other _____ | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 60.00 |
| Food | $ 125.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 80.00 |
| Medical and dental expenses | $ 40.00 |
| Transportation (not including car payments) | $ 133.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 0.00 |
| Health | $ 0.00 |
| Auto | $ 34.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 0.00 |
| Other _____ | $ 0.00 |
| Other _____ | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other _____ | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 1,404.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ _____ |
| B.  Total projected monthly expenses | $ _____ |
| C.  Excess income (A minus B) | $ _____ |
| D.  Total amount to be paid into plan each _____ | $ _____ |
| (interval) | |

Form 7
(9/00)

# FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

Northern      **DISTRICT OF** _____ Illinois _____

In re:  _____ MCDOUGLE, SHARON J _____ ,     Case No.  _____
               (Name)                                          (if known)
                    Debtor

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."  If** additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|--------|---------------------------|
| $2,400 | 2005 YTD WAGES |
| $21,781 | 2004 ANNUAL WAGES |
| $21,037 | 2003 ANNUAL WAGES |

2

**2.   Income other than from employment or operation of business**



State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                      SOURCE

---

**3.   Payments to creditors**



a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---



b.   List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**4.   Suits and administrative proceedings, executions, garnishments and attachments**



a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

3

None
**b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5.   Repossessions, foreclosures and returns

None
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6.   Assignments and receiverships

None
**a.** Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
**b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses



List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy



List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10. Other transfers

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

5

### 11. Closed financial accounts



List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes



List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

6

### 15. Prior address of debtor


None

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

### 16. Spouses and Former Spouses

None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law


None

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME          NAME AND ADDRESS          DATE OF          ENVIRONMENTAL
AND ADDRESS        OF GOVERNMENTAL UNIT      NOTICE           LAW


None

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME          NAME AND ADDRESS          DATE OF          ENVIRONMENTAL

AND ADDRESS        OF GOVERNMENTAL UNIT        NOTICE        LAW

 c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

---

**18 . Nature, location and name of business**

 a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

   If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

   If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

---

 b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

8

**19. Books, records and financial statements**


a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED


b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                    DATES SERVICES RENDERED


c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS


d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                        DATE ISSUED

**20. Inventories**


a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                        **DOLLAR AMOUNT OF INVENTORY**
DATE OF INVENTORY        INVENTORY SUPERVISOR           (Specify cost, market or other basis)


b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                                        NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY                                       OF INVENTORY RECORDS

9

**21 . Current Partners, Officers, Directors and Shareholders**

 **a.** If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

 **b.** If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

 **a.** If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

 **b.** If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

10

### 24. Tax Consolidation Group.



If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION      TAXPAYER IDENTIFICATION NUMBER

### 25. Pension Funds.



If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND      TAXPAYER IDENTIFICATION NUMBER

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __4-11-05__          Signature __Shawn McDangle__
                          of Debtor

Date _____      Signature _____
                          of Joint Debtor
                          (if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____      Signature _____

                          Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

__0__ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**CONSUELLA C LEE, CPA**                          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
Printed or Typed Name of Bankruptcy Petition Preparer     Social Security No.

**700 N GREEN STREET SUITE 102**
**CHICAGO, IL 60622**
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x _Consuella Lee_                          4-11-05
Signature of Bankruptcy Petition Preparer         Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

114-1

Official Form 8
(12/03)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __MCDOUGLE, SHARON J__,
_____Debtor_____,

Case No. _____

Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   **a.** *Property to Be Surrendered.*

   **Description of Property**                                                    **Creditor's name**

   **b.** *Property to Be Retained*                          *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| HOME @ 115 W. 104TH STREET; CHICAGO, IL 60628 | WASHINGTON MUTUAL | ✓ | | ✓ |

Date: *4-11-05*

*Sharon McDougle*
Signature of Debtor

------------------------------------------------------------------------------------------------------------

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**CONSUELLA C. LEE, CPA**                                    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

Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

**700 N GREEN ST, STE 102**                                  (Required by 11 U.S.C. § 110(c).)

**CHICAGO, IL 60622**

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X *Consuella C Lee*                       CHICAGO, IL 60622  *4-11-05*

Signature of Bankruptcy Petition Preparer                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Form B19
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **MCDOUGLE, SHARON J**                    Case No._____
         _____
                Debtor                             Chapter ___**7**___

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
### BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this
document for compensation, and that I have provided the debtor with a copy of this
document.

## CONSUELLA C LEE, CPA
_____

Printed or Typed Name of Bankruptcy Petition Preparer
                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
_____

Social Security No.
(Required by 11 U.S.C. § 110(c).)

**700 N GREEN ST, STE 102**
_____

**CHICAGO, IL 60622**
_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this
document:

If more than one person prepared this document, attach additional signed sheets conforming to the
appropriate Official Form for each person.

X _Consuella C Lee_____          _4-11-05_____
Signature of Bankruptcy Petition Preparer              Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of
Bankruptcy Procedure may res in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.