## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1. The Trustee prepared annual reports to the United States Trustee's Office.

2. The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

3. The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets. Trustee filed a complaint against Ameriquest Mortgage Company to avoid a post-petition transfer of Debtors property. Trustee in lieu of avoiding the October 21, 2005 mortgage taken out on the property settled the matter for $28,000.00 for the benefit of the estate and creditors of the estate. The settlement will allow all timely filed claims to be paid in full and tardily filed claims to be paid at 91.74%.

4. The Trustee determined there were no tax issues concerning the estate.

5. The Trustee reviewed the claims filed in this case. No claims objections were necessary.

**EXHIBIT A**