**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **MCDOUGLE, SHARON J** | ) | |
| | ) | **CASE NO. 05 B 13727** |
| | ) | |
| | ) | **JUDGE CAROL A. DOYLE** |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
        219 S DEARBORN STREET, COURTROOM 742
        CHICAGO, ILLINOIS 60604

    On: AUGUST 22, 2007
    At: 10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                    $    28,036.88

    b. Disbursements                               $         0.00

    c. Net Cash Available for Distribution$    28,036.88

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 3,553.69 | $ |
| Trustee | $ 0.00 | $ | $ 91.42 |
| US Bankruptcy Court | $ 0.00 | $ | $ 250.00 |
| Trustee's Firm Legal | $ 0.00 | $ | $ 110.81 |
| Trustee's Firm Legal | $ 0.00 | $ | $ 7,847.50 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $1,172.72, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Asset Acceptance LLC | $ 357.24 | $ 357.24 |
| 2 | United Collection Bur I | $ 94.00 | $ 94.00 |
| 3 | Capital One Bank Capital One | $ 721.48 | $ 721.48 |
| 4 | Midland Credit Management, Inc | $ 16,467.68 | $ 15,010.74 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:   JULY 30,2007            For the Court,

                         By:  KENNETH S. GARDNER
                              Kenneth S. Gardner
                              Clerk of the United States Bankruptcy Court
                              219 S. Dearborn Street, 7th Floor
                              Chicago, IL  60604

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1         Date Rcvd: Jul 30, 2007
Case: 05-13727                 Form ID: pdf002             Total Served: 22

The following entities were served by first class mail on Aug 01, 2007.
db         +Sharon J McDougle,    115 West 104th Street,    Chicago, IL 60628-2614
aty        +Chinyere Alex Ogoke,    Sima L. Kirsch PC,    1954 W. Irving Park Rd,    Chicago, IL 60613-2408
aty        +Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty        +Timothy R Yueill,    Law Offices of Ira T. Nevel,    175 N. Franklin,    Chicago, IL 60606-1832
tr         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
cr         +AMC Mortgage Services, Inc.,    18400 Von Karman, 8th Floor,    Irvine, CA 92612-1514
9166757    +Acc LLC & Asset Acceptance,    P O Box 2036,    Warren, MI 48090-2036
9166766    +Account Control Systems,    256 Livingston St 2nd Fl,    Northvale, NJ 07647-1908
9552528    +Asset Acceptance LLC,    assignee SBC,    PO Box 2036,    Warren, MI 48090-2036
9722313    +Capital One Bank,    Capital One,    c/o TSYS Debt Management,    P O Box 5155,
             Norcross, GA 30091-5155
9166758    +Capital One Bank,    P O Box 85520,    Richmond, VA 23285-5520
9166764    +Mercy Hospital & Medical Center,    2525 South Michigan Ave,    Chicago, IL 60616-2332
9166759     Midland,    5575 Roscoe Court,    San Diego, CA 91823
9869189     Midland Credit Management, Inc,    8875 Areo Drivet,    San Diego, CA 92123
9166760    +Nationwide Credit,    9919 W Roosevelt Rd,    Westchester, IL 60154-2774
9166767    +Nationwide Credit & Collection,    9919 Roosevelt Rd,    Westchester, IL 60154-2774
9166756    +Peoples Gas,    The Prudential Building,    Attn: Special Projects,    130 Randolph Dr,
             Chicago, IL 60601-6207
9166761    +SBC,    Law Dept,    225 W Randolph Ste 274,    Chicago, IL 60606-1838
9166762    +Seventh Ave,    1112 7th Ave,    Monroe, WI 53566-1364
9166765    +Transworld Systems Inc,    25 Northwest Point Blvd #750,    Elk Grove Village, IL 60007-1058
9166763    +United Collection Bur I,    5620 Southwyck Blvd Ste 206,    Toledo, OH 43614-1501
9166755    +Washington  Mutual Home,    2210 Enterprise Drive,    Florence, SC 29501-1199

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc          Lois West
br           Luis Martinez,    Maximum Realty Group
                                                                                               TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2007**            **Signature:** *Joseph Speetjens*