## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-13727 CAD | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** MCDOUGLE, SHARON J | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****32-65 - Money Market Account |
| **Taxpayer ID #:** 13-7495027 | **Blanket Bond:** $5,000,000.00   (per case limit) |
| **Period Ending:** 11/02/07 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/06/07 | {10} | Ameriquest Mortgage Company | per settlement agreement | 1249-000 | 28,000.00 | | 28,000.00 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.46 | | 28,011.46 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.45 | | 28,026.91 |
| 05/21/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 9.97 | | 28,036.88 |
| 05/21/07 | | To Account #********3266 | in preparation of final report | 9999-000 | | 28,036.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 28,036.88 | 28,036.88 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 28,036.88 | |
| | | | **Subtotal** | | 28,036.88 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$28,036.88** | **$0.00** | |

Exhibit B

{} Asset reference(s)                                          Printed: 11/02/2007 11:17 AM    V.9.55

## Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-13727 CAD | Trustee: | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- |
| Case Name: | MCDOUGLE, SHARON J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*32-66 - Checking Account |
| Taxpayer ID #: | 13-7495027 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 11/02/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/21/07 | | From Account #\*\*\*\*\*\*\*\*3265 | in preparation of final report | 9999-000 | 28,036.88 | | 28,036.88 |
| 08/22/07 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $3,553.69, Trustee Compensation;  Reference: | 2100-000 | | 3,553.69 | 24,483.19 |
| 08/22/07 | 102 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $7,847.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 7,847.50 | 16,635.69 |
| 08/22/07 | 103 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $110.81, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 110.81 | 16,524.88 |
| 08/22/07 | 104 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $91.42, Trustee Expenses;  Reference: | 2200-000 | | 91.42 | 16,433.46 |
| 08/22/07 | 105 | Clerk of Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 16,183.46 |
| 08/22/07 | 106 | Asset Acceptance LLC | Dividend paid 100.00% on $357.24; Claim# 1; Filed: $357.24; Reference: 14878768 | 7100-000 | | 357.24 | 15,826.22 |
| 08/22/07 | 107 | United Collection Bur I | Dividend paid 100.00% on $94.00; Claim# 2; Filed: $94.00; Reference: 9430110 | 7100-000 | | 94.00 | 15,732.22 |
| 08/22/07 | 108 | Capital One Bank Capital One | Dividend paid 100.00% on $721.48; Claim# 3; Filed: $721.48; Reference: 41TDM41605790091 | 7100-000 | | 721.48 | 15,010.74 |
| 08/22/07 | 109 | Midland Credit Management, Inc | Dividend paid  91.15% on $16,467.68; Claim# 4; Filed: $16,467.68; Reference: 8504500584 | 7200-000 | | 15,010.74 | 0.00 |

Subtotals :   $28,036.88   $28,036.88

{} Asset reference(s)

Printed: 11/02/2007 11:17 AM    V.9.55

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 05-13727 CAD | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- |
| **Case Name:** | MCDOUGLE, SHARON J | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****32-66 - Checking Account |
| **Taxpayer ID #:** | 13-7495027 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/02/07 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | 28,036.88 | 28,036.88 | $0.00 |
| | | | Less: Bank Transfers | | 28,036.88 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 28,036.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$28,036.88** | |

Net Receipts : 28,036.88

Net Estate : $28,036.88

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****32-65** | 28,036.88 | 0.00 | 0.00 |
| **Checking # ***-*****32-66** | 0.00 | 28,036.88 | 0.00 |
| | $28,036.88 | $28,036.88 | $0.00 |

{} Asset reference(s)

Printed: 11/02/2007 11:17 AM  V.9.55